**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Myrtle Amanda Pearson, Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2021-000101

---

Appeal From Spartanburg County
M. Todd Thigpen, Family Court Judge

---

Unpublished Opinion No. 2021-UP-228
Submitted June 7, 2021 – Filed June 17, 2021

---

**AFFIRMED**

---

Rosalyn Henderson Myers, of Henderson Law Group, of
Spartanburg, for Appellant.

Deborah Murdock Gentry, of Murdock Law Firm, LLC,
of Mauldin, for Respondent.

Jamia Diann Foster, of Law Office of Jamia D. Foster
LLC, of Spartanburg, as the Guardian ad Litem.

_____

**PER CURIAM:** Myrtle Amanda Pearson appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 6-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Pearson's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and HUFF and HEWITT, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.